UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Chrise Karaindros<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-29383<br><br>Chapter: 13<br>Honorable Jacqueline Cox |

### ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Debtor's Chapter 13 plan is hereby modified to defer the current arrears to the end of the plan.
2. The Debtor through counsel shall file an amended Schedule I to reflect current employment and income information and amended Schedule J if applicable within 30 days of this order.
3. That the Trustee shall not be required to perform any collections on behalf of creditors pursuant to any prior confirmed plan
4. That all other plan terms including the plan base amount shall remain unchanged.

Enter:

*Jacqueline B. Cox*

J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: FEB 0 3 2020

**Prepared by:**
Kyle Dallmann
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603

Rev: 20170105_bko